IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02332-AP

LINDA WALKER,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Kathleen W. Robinson
Midland Professional Associates
1776 Vine Street
Denver, CO 80206
(303) 830-0042; (303) 830-0266 (facsimile)
kathleenr@midlandgroup.com

<u>For Defendant</u>:

WILLIAM J. LEONE
United States Attorney
KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

By:    Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570; (303) 844-0770 (facsimile)
debra.meachum@ssa.gov;
d_meachum@hotmail.com

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.     Date Complaint Was Filed:
        **November 16, 2005.**
    B.     Date Complaint Was Served on U.S. Attorney's Office:
        **November 23, 2005.**
    C.     Date Answer and Administrative Record Were Filed:
        **January 23, 2006.**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**The parties, to the best of their knowledge, state that the administrative record is complete and accurate.**

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**The parties will not submit additional evidence.**

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.**

**7.  OTHER MATTERS**

**The parties have no other matters to bring to the attention of the court.**

**8.  PROPOSED BRIEFING SCHEDULE**

    A.     Plaintiff's Opening Brief Due:     **MARCH 24, 2006.**
    B.     Defendant's Response Brief Due:     **APRIL 24, 2006.**
    C.     Plaintiff's Reply Brief (If Any) Due: **MAY 10, 2006.**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    A.     Plaintiff's Statement:
        **Plaintiff does not request oral argument.**
    B.     Defendant's Statement:
        **Defendant does not request oral argument.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A. ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
B. ( X ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 13th day of February, 2006.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

    For Plaintiff:

    s\Kathleen W. Robinson   Date: 2/10/06
    Kathleen W. Robinson
    Midland Professional Associates
    1776 Vine Street
    Denver, CO 80206
    (303) 830-0042; (303) 830-0266 (facsimile)
    kathleenr@midlandgroup.com

    For Defendant:

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant United States Attorney
    kurt.bohn@usdoj.gov

    s\Debra J. Meachum            Date: 2/10/06
By:  Debra J. Meachum
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-1570
    (303) 844-0770 (facsimile)
    debra.meachum@ssa.gov
    d_meachum@hotmail.com