IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02332-MS

LINDA R. WALKER,

    Plaintiff,

v.

JO ANNE B. BARNHART,
*Commissioner of Social Security,*

    Defendant.

_____

**ORDER SETTING ORAL ARGUMENT**
_____

THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

IT IS THEREFORE ORDERED that a **one hour** oral argument hearing will be held on **October 31, 2006 at 8:00 a.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side**.

Dated this 23rd day of May 2006.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge