IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02332-MSK

LINDA R. WALKER,

    Plaintiff,

v.

JO ANNE B. BARNHART,
*Commissioner of Social Security,*

    Defendant.

_____

**ORDER RESETTING ORAL ARGUMENT**
_____

    IT IS ORDERED that the **one hour** oral argument hearing scheduled for **October 31, 2006 at 8:00 a.m. is VACATED** and reset to **November 13, 2006 at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties are reminded that **oral argument will be limited to 15 minutes per side**.

    Dated this 12th day of October, 2006.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge