IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02332-MSK

LINDA R. WALKER,

        Plaintiff,

v.

MICHAEL J. ASTRUE[1],
Commissioner of Social Security,

        Defendant.

## ORDER GRANTING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES

THIS MATTER is before the Court on the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 **(#23)**. Pursuant to the parties' stipulation, the Court

**ORDERS** that the Motion **(#23) is GRANTED**. Within thirty days of the date of this Order, pursuant to the Equal Access to Justice Act, Defendant shall pay $4,425.00 as attorney fees to Plaintiff's attorney on behalf of the Plaintiff.

Dated this 1st day of May, 2007

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge

---

[1] Pursuant to Rule (d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is substituted for Jo Anne B. Barnhart as the defendant in this suit.